TOMMY I. ARAKAS v. CECIL McMAHAN AND GERALD SMITH, D/B/A WHITE MONUMENT WORKS, AND DORIS S. McMAHAN

No. 7228SC733

(Filed 22 November 1972)

APPEAL from *Thornburg, Judge,* 24 April 1972 Civil Session of Superior Court held in BUNCOMBE County.

Action to recover damages for injuries and property damage sustained as a result of a collision between plaintiff's motorcycle and defendant's automobile driven by defendant McMahan.

The evidence tended to show the collision took place on the four lane Hendersonville Road north of its intersection with All Souls Crescent and Vanderbilt Road. Plaintiff's vehicle was traveling north on Hendersonville Road and passed this intersection in the outside or right-hand lane. Defendant's vehicle, traveling in the same direction, passed through the intersection in the inside or left-hand lane of the two lanes designated for northbound traffic. Plaintiff, traveling ahead of defendant's vehicle, turned his motorcycle from a direct line of travel to the left towards the inside northbound lane. It was during this

maneuver that the impact occurred. The jury answered issues of negligence and contributory negligence in the affirmative. Judgment was entered denying recovery.

*Uzzell and Dumont by Harry Dumont for plaintiff appellant.*

*Williams, Morris and Golding by James N. Golding for defendant appellees.*

VAUGHN, Judge.

All of plaintiff's assignments of error have been carefully considered. The evidence was conflicting. The jury has resolved the issues in a trial which we believe to have been free of prejudicial error.

No error.

Judges HEDRICK and GRAHAM concur.